IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHEILA L. DAVIDSON,

    Plaintiff,                  No. CIV S-05-1396 DFL KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, an inmate proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C. § 1915. However, the certificate portion of the request that must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of her inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of her application.

/////

/////

/////

/////

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Plaintiff shall submit, within thirty days from the date of this order, a
3 completed affidavit in support of her request to proceed in forma pauperis on the form provided
4 by the Clerk of Court;

5       2. The Clerk of the Court is directed to send plaintiff a new Application to
6 Proceed In Forma Pauperis By a Prisoner; and

7       3. Plaintiff shall submit, within thirty days from the date of this order, a certified
8 copy of her inmate trust account statement for the six month period immediately preceding the
9 filing of the complaint.  Plaintiff's failure to comply with this order will result in a
10 recommendation that this action be dismissed without prejudice.

11 DATED: July 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
davi1396.3c+n